United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-10246-amc

Eugene Bryan                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Bryan, 2531 East Dauphin Street, Philadelphia, PA 19125-3645 |
| 14666183 | | CREDITOR ACCEPTANCE WEST, 12 MILE ROAD, SUITE 3000, Southfield, MI 48034 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jul 16 2026 01:57:41 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | Wilmington Savings Fund Society, FSB, D/B/A Christ, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd., suite 170, Duluth, GA 30097-8461 |
| 14683940 | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14666374 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 16 2026 02:00:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14666769 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14685191 | ^ | MEBN | Jul 16 2026 01:57:40 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14666184 | + | Email/Text: bkteam@selenefinance.com | Jul 16 2026 02:00:00 | SELENE FINANCING LP, 9990 RICHMOND AVE, Houston, TX 77042-4559 |
| 14944179 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | U.S. Bank Trust N.A., c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14943961 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14848139 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | WILMINGTON SAVINGS FUND SOCIETY, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: Jul 15, 2026      Form ID: pdf900      Total Noticed: 17

| | | | |
|---|---|---|---|
| | | | 30004-2001 |
| 14848353 | + Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | Wilmington Savings Fund Society, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14670111 | + Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | Wilmington Savings Fund Society, FSB, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14683389 | + Email/Text: bkteam@selenefinance.com | Jul 16 2026 02:00:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor Eugene Bryan msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | |

District/off: 0313-2             User: admin             Page 3 of 3

Date Rcvd: Jul 15, 2026          Form ID: pdf900          Total Noticed: 17

            on behalf of Creditor Wilmington Savings Fund Society  FSB, D/B/A Christiana Trust, Not Individually but As Trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN

            on behalf of Creditor Wilmington Savings Fund Society mimcgowan@raslg.com

PEARL PHAM

            on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com

ROBERT BRIAN SHEARER

            on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST rshearer@raslg.com

ROBERT BRIAN SHEARER

            on behalf of Creditor Wilmington Savings Fund Society  FSB, D/B/A Christiana Trust, Not Individually but As Trustee for Pretium Mortgage Acquisition Trust rshearer@raslg.com

ROBERT BRIAN SHEARER

            on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

SHERRI DICKS

            on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST shrdlaw@outlook.com, shrdlaw@outlook.com

United States Trustee

            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
      EUGENE  BRYAN

                                              Bankruptcy No. 22-10246-AMC

                    Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 15, 2026**

                                        Honorable Chief Judge Ashely M. Chan
                                        Bankruptcy Judge